## FIELD *v.* CAUDLE, administratrix.

ATKINSON, J. There was no complaint of any error of law, and the evidence authorized the judgment rendered by the court, who passed upon the case without a jury.

> *Judgment affirmed. All the Justices concur.*
> JULY 14, 1916.

Petition to establish copy of note. Before Judge C. S. Reid. DeKalb superior court. March 1, 1915.

*L. B. Norton,* for plaintiff in error.